UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALAS ULLOA JONATHAN,

                Petitioner,

    -against-

STACY N. STONE, WARDEN,

                Respondent.

23-CV-1007 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the April 21, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 21, 2023
          New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge